In the Matter of the Claim of CARRIE DECKER, Respondent, against ROSENWEIG COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed as against the insurance carrier, on the ground that the policy did not cover the risk at the location of the proposed plant in Middletown, with costs to the insurance carrier against the employer. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of LOUIS MATURO, Respondent, against WESTERN PRECIPITATION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MINNIE GRUBERG, Appellant, against GOTTFRIED BAKING CO., INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, unless the appellant perfects the appeal on or before December 20, 1930, and is ready to argue at the January, 1931, Compensation Term, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JOHN D. MYERS, Respondent, against SAMUEL JACOBSON, Doing Business as "J. B. AUTO COMPANY," Appellant. STATE INDUSTRIAL BOARD, Respondent.— The restraining order, a copy of which is attached to the moving affidavit herein, made without notice to the adverse party and dated November 3, 1930, is vacated. (Civ. Prac. Act, § 132.) Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Application of MATTHEW PETERS for Admission to the Bar.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

NORMAN JOHNSON, Plaintiff, v. JOSEPH T. HOBAN, Defendant. THOMAS KALICICKI, Plaintiff, v. JOSEPH T. HOBAN, Defendant.— Motion for order directing plaintiff to accept notice of appeal denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

H. C. RICKETSON, Plaintiff, v. VILLAGE OF SARANAC LAKE, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

FLORENCE STEVENS, Respondent, v. HARRY RICHARDSON, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects appeal by serving his printed record on or before December 20, 1930, and is ready to argue the case at the January, 1931, term, and pays said costs, in which event the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

HELEN C. TEMPLE, as Executrix, etc., of EDWARD L. TEMPLE, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant.— Motion to dismiss appeal granted, by default. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.